United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PORSHA McDANIELS,

    Plaintiff,

v.

KEYBANK NATIONAL ASSOCIATION,

    Defendant.

Case No. 24-cv-05978-JST

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

The parties jointly request a stay of all proceedings in this case pending resolution of Plaintiff Porsha McDaniels's individual claims, which the Court compelled to arbitration in *McDaniels v. KeyBank National Association*, No. 24-cv-3691. ECF No. 19 at 2. The Court grants that request. This case is hereby stayed, and all pending motions, hearings, and deadlines are vacated.

The Clerk shall administratively close the file. This order shall not be considered a dismissal or disposition of this action against any party. If further proceedings become necessary, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: January 23, 2025

_____
JON S. TIGAR
United States District Judge